UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENESE HOUSTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:07CV2012 HEA |
| CASEY'S GENERAL STORES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint for Plaintiff's Failure to Comply with the Court's Order or, in the Alternative, Motion to Compel and for Sanctions, [Doc. No. 14]. Plaintiff has not responded to the Motion, however, Defendant advises the Court that Plaintiff has subsequently complied with the discovery requests. Notwithstanding the compliance, Defendant still seeks sanctions against Plaintiff for Defendant's having to file the Motion to secure compliance.

Compliance with the rules of this Court and the Federal Rules of Civil Procedure is not only mandatory, but essential to the expeditious resolution of pending suits. The Court does not look favorably on any lack of diligence in this regard. That having been said, the Court will not grant sanctions, but will admonish Plaintiff to continue to cooperate with Defendant in the expected professional manner throughout the course of this litigation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, [Doc. No.14] is denied.

Dated this 17th day of September, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE